FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2022

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_Jonathan A Valentine_____, Plaintiff

v.

_Case Manager, Castro_____,

_Case Manager Coordinator, Goodwin_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jonathan Allen Valentine 19326-047 PO Box 7000 Florence, CO 81226

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
__X__    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Castro, Case Manager   United State Penitentiary Florence High

(Name, job title, and complete mailing address)

PO Box 7500 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ____ No (*check one*): Briefly explain:

Case manager At United States Penitentiary high

Defendant 1 is being sued in his/her __X__ individual and/or __X__ official capacity.

Defendant 2:    Goodwin, Case Manager Coordinator  united states Penitentiary high
                (Name, job title, and complete mailing address)

PO Box 7500 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Case Manager Coordinator At united states Penitentiary

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.


Defendant 3:    _____
                (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_    42 U.S.C. § 1983 (state, county, and municipal defendants)

___    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: *Bureau of Prisons (BOP) employees used and maintained incorrect Information in his Prison files.*

Supporting facts: In regards to W. Foster Sellers V. Bureau of Prison 959 F.2d 307; 294 U.S. App DC 361 (1992)

Section 552a(e)(5) of the Privacey act (act) Provides that each agency that keeps a system of records must maintain all records with such accuracy, relevance, timeliness, and completeness as is reasonably necessary to assure fairness to the individual, in the determination 5 USCS a(e)(5). Section 552a(g) of the act Provides civil remedies for Violations of 5 USCS 55a(e)(5). Valentine Prison files, contained inaccuracies Case Manager, Castro was told about the inaccurate information Escape (18 USC 751(a)) Valentine was never Charge nor indicated. the challenge information in the files was Capable of being Verified. Valentine went to Case manager coordinator Goodwin to fix the Problem that was being disputed and he Said there is nothing he could do. The report adversely affected Valentine determinations regarding Custody and security Classifications. The Bureau of Prisons employees willfully or intentionally failed to maintain Valentine records in accordance with the act. Case manager Castro and Case manager Coordinator Goodwin Violated the Privacy Act 5 usc 552a(e)(5) and (g)(1)(C), by failing to maintain accurat records and 552a(d) and (3)(1)(4) by failing to Amend inaccurat files. No 18 USC 751(a) Escape Crime of Violence.

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  **X** Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  United States of America

Docket number and court:  20-CV-01059-LTB-GPG District Of Colorado

Claims raised:  N/A At this moment

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  No, Yes, No

Reasons for dismissal, if dismissed:  N/A At this moment

Result on appeal, if appealed:

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   **X** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   **X** Yes ___ No (*check one*)

## G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "G. REQUEST
FOR RELIEF."* Mr Valentine sought amendment of his records and money
damages, Transfer to Lesser Custody, Contending that the Bureau of
Prisons employees violated Sections (e)(5),(g)(1)(c), and (g)(4) of the
Act by using the incorrect information in determinations adverse
to him.

## H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Jonathan Q Valentine 19326-047*
(Plaintiff's signature)

12-16-2021
(Date)

(Form Revised December 2017)

6

# ADDENDUM TO FINANCIAL DECLARATION

## THIS ADDENDUM MUST BE COMPLETED BY ANYONE WHO IS A PRISONER AS DEFINED BY 28 U.S.C § 1915(h)

**Prisoner Name** _____

**Appeal Number** _____

**Facility** _____          _____

## PLEASE NOTE THAT SECTION A AND B OF THIS PART OF THE FORM BOTH MUST BE COMPLETED IN ORDER FOR US TO PROCESS THIS APPEAL.  FAILURE TO COMPLY MAY BE GROUNDS FOR DISMISSAL.

**Section A:**

### Certified Trust Fund Account Statement

I certify that the prisoner named below has had an average monthly balance

of _____ for the previous six month period.  Attached to this document

is a certified copy of the prisoner's trust fund account statement for the past

six months.

Prisoner's Name _Jonathan AllEN Valentine 19326-047_

Signature of Authorized Officer _____

Date _____

---

**A-13**    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees  12/13    Page 11

**Section B:**

## AUTHORIZATION

I, _Jonathan ALLEN Valentine_ , request and authorize the agency
　　　　　　[print your name]
holding me in custody to send to the clerk of the United States Court of Appeals for the

Tenth Circuit a certified copy of the statement for the past six months of my trust account

or institutional equivalent at the institution where I am incarcerated.  I further request and

authorize the agency holding me in custody to calculate and disburse funds from my trust

account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b).  This

authorization is furnished in connection with this appeal and I understand that the total fee

is due regardless of the outcome of the case.  I understand the fee is $505 in an appeal or

$500 in an original proceeding or petition for review.

Prisoner Name (please print) _Jonathan ALLEN Valentine 19326-047_

Signature _Jonathan Allen Valentine 19326-047_

---

**A-13**    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees   12/13       Page 12

## CERTIFICATE OF SERVICE

I affirm under the penalty for perjury that I placed this Motion with first-class postage prepaid in the prison mail system or, if I was not incarcerated, in the United States Mail, addressed to the Clerk of the U.S. Court of Appeals for the Tenth Circuit, 1823 Stout St., Denver, CO 80257.  In addition, I hereby certify that a copy of this form was placed with first-class postage prepaid in the prison mail system or, if I was not incarcerated, in the United States Mail, addressed to:

(identify the name and address of the opposing attorney)

on the following date:

| 12 | 16 | 2021 | Jonathan Allen Valentine 19316-047 |
| month | day | year | signature |

Jonathan ALLEN Valentine 19326-047
United states Penitentiary Florence high
P.O.Box 7000
Florence, Co 81226

Alfred A. Arraj U.S. Courthouse
901 19th street, Room A 105
Denver, Co 80294-3589

RE: Trust Fund Account statement

CO LuJuan would not give me the trust fund account
Statement for the Past six months.

Jonathan A. Valentine 19326-047
Jonathan A. Valentine 19326-047
United states Penitentiary Florence high
P.O.Box 7000
Florence, Co 81226
12-16-21

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

*Notice to Inmate:  Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: _Valentine_                           Reg. No.: _19324 047_

Unit: _1B_                                         Date: _10/14/21_

NOTICE TO INMATE:  Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    _In Violetion of the Administrative Procedures Act 5 USS.S 552a -(e) agency Requrement (5) Maintain all Records which are used by the agency in Making a determination about any individual; Case Manager Castro with accurate Knowledge, knew he was; Continuation Page_
    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)

2.  State what resolution you expect: _out side of monetary damages Constant with Sellers I wish to be Transfered to A Lesse Security_

Inmate's Signature: _Jonathan Valentine_          Date: _10.14.2021_

Counselor's Signature: _[signature]_             Date: _10/14/21_

Department Involved: _Unit Team_    Date Assigned: _10/14/21_    Due Date: _10/18/21_

Department's Response regarding Complaint: _You were found guilty by the DHO on two (2) separate occasions with a Code 200 escape, If you felt you were not guilty you could've appealed your Incidents within 20 Calendar days which you did not. See attached disciplinary record._

Department Head Signature: _____    Date: _10-4-21_

Unit Manager's Review: _____    Date: _10-4-21_

Informally Resolved: _____    Date: _____

|  | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/14/21 |  |  |  |  |
| TIME |  |  |  |  |  |
| COUNSELOR | [signature] |  |  |  |  |

FCC 1330.18C                    Administrative Remedy Program                    Attachment 1